# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| JACKIE CYRUS, | ) |
| Plaintiff, | ) |
| | ) No. 3:12-cv-835 |
| vs. | ) |
| | ) |
| GC SERVICES L.P., | ) **STIPULATION TO DISMISS** |
| | ) |
| Defendant. | ) |

Now come the Plaintiff, JACKIE CYRUS, and the Defendant, GC SERVICES L.P., and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs.

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (42021)
Luxenburg & Levin, LLC
Attorneys for Plaintiff
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 301
mitch@luxenburglevin.com

/s/ Caren D. Enloe
Ms. Caren D. Enloe (17394)
Morris Manning & Martin LLP
Attorneys for Defendant
PO Box 12768
Research Triangle Park NC 27709
(919) 806-2969
cenloe@mmmlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 20, 2013 a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                          /s/ Mitchel E. Luxenburg
                                          Mitchel E. Luxenburg (42021)